AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS



### SUMMONS IN A CIVIL CASE

WILLIAM E. DUGAN, et al.

V.

RIVERBEND EXCAVATING, INC., an Iowa corporation

CASE NUMBER: **08 C 396**

ASSIGNED JUDGE: **JUDGE HOLDERMAN**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Riverbend Excavating, Inc.
c/o Steven D. Kundel, Registered Agent
300 E. 2nd Street, Suite 300
Muscatine, IA  52761

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within  Twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Anya Ellis_ (signature)

(By) DEPUTY CLERK

January 17, 2008
Date

Return of Service

# IN THE IOWA DISTRICT COURT FOR                    COUNTY

**Case Name:** WILLIAM E DUGAN ET AL                    VS RIVERBEND EXCAVATING, INC AN IOWA CORI

**Case No.:** 08C396        **S.O. No.:**        8,296

**Notice Rec'd This Date:**    1/22/2008

**STATE OF IOWA**

    County } SS.

I certify that I served a copy of:   SUMMONS/COMPLAINT

**Served:**

RIVERBEND EXCAVATING-STEVE KUNDEL RA      at  300 E 2ND ST STE 300    MUSCATINE    IA

on    1/28/2008    1:10 PM       **Type Of Service:**   CORPORATION

---

**By Serving:**                               at
on            / /      at          Relationship:

(Company)          by serving         it's              on        / /
                    (Name)          (Title)

           at

---

**Notes: Diligent Search/Remarks**

**FEES:**
| | | |
|---|---|---|
| Processing: | | $30.00 |
| Mileage | : | $10.50 |
| Copy | : | $0.50 |
| Notary | : | |
| Misc. | : | |
| Total | : | $41.00 |

R. GREG ORR           , Sheriff
MUSCATINE         County, IA

_signature_

SERGEANT  John Lindner

FEES PAID BY:                    Notary Public in and for the State of Iowa