AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS



**SUMMONS IN A CIVIL CASE**

WILLIAM E. DUGAN, et al.

V.

RIVERBEND EXCAVATING, INC., an Iowa corporation

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

## 08 C 396

JUDGE HOLDERMAN
MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Riverbend Excavating, Inc.
c/o Steven D. Kundel, Registered Agent
300 E. 2nd Street, Suite 300
Muscatine, IA   52761

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within _____ Twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Anya Ellis_

----------------------------------------
(By) DEPUTY CLERK

**January 17, 2008**
----------------------------------------
Date

**Return of Service**

## IN THE IOWA DISTRICT COURT FOR　　　　　COUNTY

**Case Name:** WILLIAM E DUGAN ET AL　　　　VS RIVERBEND EXCAVATING, INC AN IOWA CORI

**Case No.:** 08C396　　　　**S.O. No.:**　　8,296

**Notice Rec'd This Date:**　1/22/2008

**STATE OF IOWA**

　　　　County } SS.

**I certify that I served a copy of:** SUMMONS/COMPLAINT

**Served:**

RIVERBEND EXCAVATING-STEVE KUNDEL RA　　　**at** 300 E 2ND ST STE 300　MUSCATINE　　IA

**on**　1/28/2008　1:10 PM　　**Type Of Service:** CORPORATION

| | | | | |
|---|---|---|---|---|
| **By Serving:** | | **at** | | |
| **on**　/ /　**at** | Relationship: | | | |
| (Company) | **by serving** (Name) | **it's** (Title) | **on**　/ / | **at** |

**Notes: Diligent Search/Remarks**

| FEES: | |
|---|---|
| Processing: | $30.00 |
| Mileage　: | $10.50 |
| Copy　: | $0.50 |
| Notary　: | |
| Misc.　: | |
| **Total**　: | **$41.00** |

R. GREG ORR　　　**, Sheriff**

MUSCATINE　　**County, IA**

SERGEANT　John Lindner

FEES PAID BY:　　　　　　　　　　Notary Public in and for the State of Iowa