IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0396 |
| | ) | |
| RIVERBEND EXCAVATING, INC., | ) | JUDGE JAMES F. HOLDERMAN |
| an Iowa corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Mr. Steven D. Kundel, Registered Agent
　　　Riverbend Excavating, Inc.
　　　300 E. 2nd Street, Suite 300
　　　Muscatine, IA   52761

　　　YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **11th** day of **March 2008** at **9:00 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable James F. Holderman, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2541, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and for an Order Directing Defendant to Turn Over Monthly Fringe Benefit Contribution Reports.  A copy of said motion is hereby served upon you.

　　　　　　　　　　　　　　　　　　/s/   Patrick N. Ryan

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 4th day of March 2008:

      Mr. Steven D. Kundel, Registered Agent
      Riverbend Excavating, Inc.
      300 E. 2nd Street, Suite 300
      Muscatine, IA   52761


      /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MOEJ\Riverbend\notice of motion.pnr.df.wpd