IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0396 |
| | ) | |
| RIVERBEND EXCAVATING, INC., | ) | JUDGE JAMES F. HOLDERMAN |
| an Iowa corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED NOTICE OF MOTION**

TO:  Mr. Steven D. Kundel, Registered Agent
    Riverbend Excavating, Inc.
    300 E. 2nd Street, Suite 300
    Muscatine, IA   52761

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **25th** day of **March 2008** at **9:00 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable James F. Holderman, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2541, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and for an Order Directing Defendant to Turn Over Monthly Fringe Benefit Contribution Reports.  A copy of said motion was served upon you on March 4, 2008.

/s/   Patrick N. Ryan

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Amended Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 4th day of March 2008:

        Mr. Steven D. Kundel, Registered Agent
        Riverbend Excavating, Inc.
        300 E. 2nd Street, Suite 300
        Muscatine, IA   52761


        /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MOEJ\Riverbend\amended notice of motion.pnr.df.wpd