# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 396 | **DATE** | 3/25/2008 |
| **CASE TITLE** |  | William E. Dugan et al vs. Riverbend Excavating, Inc. | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for entry of default and for an order directing defendant to turn over monthly fringe benefit contributions reports [9] is granted. ENTER ORDER: It is ordered that defendant submit its monthly fringe benefit contribution reports for the months of November 2007 through the present date, within fourteen (14) days of the entry of this Order, and that the Court enter judgment against Defendant after Plaintiffs determine the amount due from Defendant.
Prove-up hearing is set for 4/24/2008 at 9:00 A.M.

■ [ For further detail see separate order(s).]     Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | AMM |
|---|---|---|