IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0396 |
| | ) | |
| RIVERBEND EXCAVATING, INC., | ) | CHIEF JUDGE JAMES F. HOLDERMAN |
| an Iowa corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on March 25, 2008, request this Court enter judgment against Defendant, RIVERBEND EXCAVATING, INC. In support of that Motion, Plaintiffs state:

1. On March 25, 2008, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for November 2007 forward. The Court retained jurisdiction to enforce the March 25, 2008 order and enter judgment against Defendant. The Court set the matter for prove-up on April 24, 2008.

2. Defendant has not been in business since December 2007. In lieu of contribution reports, Plaintiffs received check stubs from employees covered by the collective bargaining agreement during the months of November 2007 and December 2007 showing the number of hours worked by them for the Defendant. The check stubs show that the Defendant is delinquent in contributions to the Funds in the amounts set forth below:

Contributions

| | |
|---|---|
| Welfare Fund | $ 645.00 |
| Pension Fund | $1,274.53 |
| Apprenticeship Fund | $ 108.38 |
| Vacation Fund | $ 520.20 |

(See Affidavit of David S. Bodley).

3. Additionally, the following amounts are due for liquidated damages pursuant to the check stubs submitted for November 2007 and December 2007:

| | Liquidated Damages |
|---|---|
| Welfare Fund | $216.75 |
| Pension Fund | $166.90 |
| Apprenticeship Fund | $ 10.84 |
| Vacation Fund | $ 52.02 |

(Bodley Aff. Par. 5).

4. Pursuant to the Trust Agreements, a liquidated damages surcharge has been assessed against the Defendant in the amount of ten (10%) percent of all contributions due and unpaid and all contributions which were paid late, for the months of September 2007 through December 2007, in amounts set forth below:

| | Liquidated Damages |
|---|---|
| Welfare Fund | $775.25 |
| Pension Fund | $261.61 |
| Apprenticeship Fund | $ 16.99 |
| Vacation Fund | $ 81.54 |

5. Plaintiffs have incurred bank fees totaling $350.00 as a result of Defendant's submission of fringe benefit contributions by way of checks (nos. 4713, 4714, 4750, 4751 and 4752) which were subsequently dishonored by its bank for non-sufficient funds.

6. In addition, Plaintiffs have incurred $391.00 for costs and $517.50 in attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

7.Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $5,388.51.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $5,388.51.

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MOEJ\Riverbend\motion-judgment.pnr.df.wpd

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 29th day of April 2008:

    Mr. Steven D. Kundel, Registered Agent
    Riverbend Excavating, Inc.
    300 E. 2nd Street, Suite 300
    Muscatine, IA   52761


            /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MOEJ\Riverbend\motion-judgment.pnr.df.wpd