IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0396 |
| | ) | |
| RIVERBEND EXCAVATING, INC., | ) | CHIEF JUDGE JAMES F. HOLDERMAN |
| an Iowa corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO: Mr. Steven D. Kundel, Registered Agent
Riverbend Excavating, Inc.
300 E. 2nd Street, Suite 300
Muscatine, IA  52761

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **6th** day of **May 2008** at **9:00 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable James F. Holderman, Chief Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2541, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Judgment. A copy of said motion is hereby served upon you.

/s/   Patrick N. Ryan

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 29th day of April 2008:

    Mr. Steven D. Kundel, Registered Agent
    Riverbend Excavating, Inc.
    300 E. 2nd Street, Suite 300
    Muscatine, IA   52761


        /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MOEJ\Riverbend\notice of motion-judgment.pnr.df.wpd