# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 396 | **DATE** | 5/6/2008 |
| **CASE TITLE** | William E. Dugan et al vs. Riverbend Excavating, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for entry of judgment [16] is granted. ENTER JUDGMENT ORDER: It is ordered that plaintiffs recover from the defendant, Riverbend Excavating, Inc., the total sum of $5,388..51. The Court retains jurisdiction for the purpose of enforcing this Order.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | AMM |
|---|---|---|